Estelle Kaufman, appellee, v. John A. MacFarlane, trading as Hotel Kenmore, appellant. Gen. No. 25,955.

Action for the value of property stolen from plaintiff's room while a guest at defendant's hotel. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

W. J. Dole, for appellant; J. Ambrose Gearon, of counsel. Schaffner & Friend, for appellee; C. L. Blankenship, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Dora L. Richter, appellee, v. Jacob J. Leiser, appellant. Gen. No. 25,984.

Action of forcible entry and detainer for nonpayment of rent. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed October 5, 1921.

Samuels & Samuels, for appellant; S. T. Lawton, of counsel. John E. Owens, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Western Store & Office Fixture Company, appellee, v. A. L. Randall Company, appellant. Gen. No. 25,996.

Suit for balance due on a contract for work and materials furnished. Claim of set-off. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Alfred E. Barr and Frank W. Bigelow, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Walter Crowell, appellee, v. American Bread Wrapping Company, appellant. Gen. No. 26,059.

Action for one week's wages as chauffeur, part of which accrued after plaintiff's wrongful discharge. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

M. M. Jacobs, for appellant. Fisher, Boyden, Kales & Bell, for appellee; Walter T. Fisher, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Katherine Connors, appellee, v. National Council of the Knights and Ladies of Security, appellant. Gen. No. 26,079.

Action upon a life beneficiary certificate. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

A. W. Fulton and John V. McCormick, for appellant. H. A. Barnhardt and Clinton A. Stafford, for appellee.

Mr. Justice Taylor delivered the opinion of the court.